IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RODNEY JERMAIN CRUTCHFIELD and
TIANA VIRGINIA CRUTCHFIELD**                                                          **PLAINTIFFS**

v.                                            Case No: 4:20CV1488 JM

**FRED DAWSON**                                                                         **DEFENDANT**

## ORDER

Pending is the parties' joint motion to dismiss with prejudice. (Doc. No. 24). For good cause shown, the motion is GRANTED. The case is hereby dismissed with prejudice. The Clerk is directed to close the case.

It is so ordered this 24th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE